**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**McCARN'S BODY SHOP INC.**                                                              **PLAINTIFF**

**v.**                                             **3:20-CV-00402-BSM**

**NATIONWIDE MUTUAL INSURANCE COMPANY**                          **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on August 23, 2022, following two days of trial, judgment is entered in favor of defendant Nationwide Mutual Insurance Company and against plaintiff McCarn's Body Shop Inc., on all claims, and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 25th day of August, 2022.


_____
UNITED STATES DISTRICT JUDGE